## ATTACHMENT A

### PROPERTY TO BE SEARCHED

Mail parcel bearing tracking number 1ZW4Y4420125953082 which is approximately 13"x13"x12" brown cardboard box.





Miguel Rivera
4639 Juneau St.
Anchorage AK
99503

3 20210420 S

small
Square Box
L13 in x W12 in x H13 in

Joseph Lopez
1123 W. Florence Av.
Los Angeles CA.
90044